UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON V. HILL,<br><br>            Plaintiff,<br><br>   v.<br><br>DIETICIAN MENDOSA,<br><br>            Defendant. | Case No. 20-cv-07375-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On October 13, 2020, Plaintiff, a civil detainee, filed the present *pro se* complaint under 42 U.S.C. § 1983. On October 21, 2020, the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed *in forma pauperis* application. The Clerk sent Plaintiff a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed. More than twenty-eight days have passed and Plaintiff has not paid the filing fee, returned the *in forma pauperis* application, or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: December 7, 2020

YVONNE GONZALEZ ROGERS
United States District Judge